IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN B. TURNER,

    Plaintiff,

v.

MELODY SMITH, ET AL.,

    Defendants.

No. C 11-05176 CRB

**ORDER RE-SETTING BRIEFING SCHEDULE**

Plaintiff Stephen B. Turner filed a Complaint and request for temporary restraining order against various parole officials alleging violations of 42 U.S.C. § 1983 and several state laws on October 24, 2011. Dkt. 1, 2. The Court re-notices a hearing on the motion for preliminary injunction for **Friday, January 6, 2012**. Defendants' Response is due **Friday, December 16, 2011**. Plaintiff's Reply is due **Friday, December 23, 2011**.

Further, the Clerk is ORDERED to serve copies of the following documents on Defendants forthwith: (1) this Order; (2) the Court's previous October 26, 2011 Order; (3) the Complaint and First Amended Complaint; and (4) the Motion for Temporary Restraining Order and Preliminary Injunction and the Memorandum in Support.

**IT IS SO ORDERED.**

Dated: November 21, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE