**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN B. TURNER,

    Plaintiff,

v.

MELODY SMITH,

    Defendant.

                                  /

No. C 11-05176 CRB

**ORDER RE EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff's Ex Parte Application for a Temporary Restraining Order, dkt. 18, will be heard **Thursday, December 15, 2011** in Courtroom 6. Plaintiff is ORDERED to serve copies of the following documents on Defendants forthwith: (1) this Order; and (2) the Ex Parte Application for Temporary Restraining Order.

**IT IS SO ORDERED.**

Dated: December 9, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE