IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN B. TURNER,<br><br>          Plaintiff,<br><br>     v.<br><br>MELODY SMITH,<br><br>          Defendant._____/ | No. C 11-05176 CRB<br><br>**ORDER RE EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiff's Ex Parte Application for a Temporary Restraining Order, dkt. 18, will be heard **Thursday, December 15, 2011** in Courtroom 6.  Plaintiff is ORDERED to serve copies of the following documents on Defendants forthwith: (1) this Order; and (2) the Ex Parte Application for Temporary Restraining Order.

**IT IS SO ORDERED.**

Dated: December 9, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE