**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN B. TURNER,

    Plaintiff,

  v.

MELODY SMITH,

    Defendant.
    _____/

No. C 11-05176 CRB

**AMENDED ORDER RE EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff's Ex Parte Application for a Temporary Restraining Order, dkt. 18, will be heard **Thursday, December 15, 2011 at 11:00 a.m.** in Courtroom 6. Plaintiff is ORDERED to serve copies of the following documents on Defendants forthwith: (1) this Order; and (2) the Ex Parte Application for Temporary Restraining Order.

**IT IS SO ORDERED.**

Dated: December 12, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE