United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN B. TURNER,<br><br>    Plaintiff,<br><br>  v.<br><br>MELODY SMITH,<br><br>    Defendant.<br>_____/ | No. C 11-05176 CRB<br><br>**AMENDED ORDER RE EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiff's Ex Parte Application for a Temporary Restraining Order, dkt. 18, will be heard **Thursday, December 15, 2011 at 11:00 a.m.** in Courtroom 6.  Plaintiff is ORDERED to serve copies of the following documents on Defendants forthwith: (1) this Order; and (2) the Ex Parte Application for Temporary Restraining Order.

**IT IS SO ORDERED.**

Dated: December 12, 2011

                                         CHARLES R. BREYER
                                         UNITED STATES DISTRICT JUDGE