IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN B. TURNER,

    Plaintiff,

  v.

MELODY SMITH, ET. AL.,

    Defendants.

No. C 11-05176 CRB

**ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE**

Plaintiff Stephen B. Turner has moved for a continuance due to his hospitalization. Dkt. 30. For good cause shown, it is hereby ORDERED that all proceedings in this case are continued for 90 days.

**IT IS SO ORDERED.**

Dated: January 3, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\5176\Order Granting Continuance.wpd