IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN B. TURNER,<br><br>                                    Plaintiff,<br><br>                    v.<br><br>SMITH, et al. ,<br><br>                                    Defendants. | C 11-5176 CRB<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE ADR PHONE CONFERENCE, AND HEARINGS ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br>**[L.R. 6-3]**<br><br>Judge:        Hon. Charles R. Breyer<br>Trial Date:   TBD<br>Action Filed: October 24, 2011 |

        Defendants Ambroselli, Brown, Cate, and Tierney (Defendants) have filed a motion for a continuance up to and including June 22, 2012 for the ADR phone conference and hearings on Defendants' motion to dismiss or stay, and Plaintiff's motion for preliminary injunction.  The Court has read and considered Defendants' motion and supporting declaration, and good cause appearing,

        IT IS ORDERED that Defendants' request for a continuance to June 22, 2012 is GRANTED.  The hearing on Defendants' motion to dismiss or stay and the hearing on Plaintiff's motion for preliminary injunction is continued to June 22, 2012.

        IT IS FURTHER ORDERED that the ADR phone conference in this matter will be

1

1   rescheduled to occur, if at all, after the Court has issued its decision on Defendants' motion to

2   dismiss or stay.

3   Dated:_____04/18/2012_____

4                                                            Charl━━━━━━━━━━━━━━━━━━━
                                                             Unite━━━━━━━━━━━━━━━━━e

5   SF2011203709
    20590955.docx

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       2