IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN B. TURNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MELODY SMITH, ET AL.,<br><br>　　　　Defendants._____/ | No. C 11-05176 CRB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE AND DENYING MOTION TO SHORTEN TIME** |

Plaintiff Stephen B. Turner has moved for a continuance due to his incarceration. (Dkt. 62.) For good cause shown, Plaintiff's motion is GRANTED. Plaintiff's Motion to Shorten Time re Preliminary Injunction (dkt. 60) is hereby DENIED as moot, and leave to file an amended complaint is extended to **5:00 P.M. ON NOVEMBER 22, 2012**. Failure to file an amended complaint by the deadline may result in dismissal of this action. Plaintiff is free, if he chooses, to seek a preliminary injunction in connection with the filing of an amended complaint.

**IT IS SO ORDERED.**

Dated: August 22, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\5176\Second Order Granting Continuance.wpd