IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN B. TURNER,<br><br>　　　Plaintiff,<br><br>　v.<br><br>MELODY SMITH, ET AL.,<br><br>　　　Defendants. | No. C 11-05176 CRB<br><br>**ORDER REQUIRING RESPONSE** |

Plaintiff Stephen B. Turner has filed an amended complaint along with a (fourth) request for pretrial injunctive relief. Dkt. 64, 65; see also dkt. 18, 31, 38. Though the filing is styled as an "*Ex Parte*" application for relief, the papers themselves indicate that Turner mailed a copy of the papers to defense counsel. Dkt. 65 ("TRO App.") at 1. The Court ORDERS Defendants to respond by 5:00 p.m. on Wednesday, October 3.

**IT IS SO ORDERED.**

Dated: September 28, 2012

　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE