IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN B. TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>MELODY SMITH, ET AL.,<br><br>    Defendants._____/ | No. C 11-05176 CRB<br><br>**ORDER GRANTING LEAVE TO FILE SURREPLY** |

Now pending before the Court is Plaintiff's request for leave to file a surreply regarding Defendants' motion to dismiss. Plaintiff's request is hereby GRANTED, and the Court deems Plaintiff's proposed surreply submitted as Exhibit 1 to his administrative motion filed as the surreply. Defendants need not file any response, but may file one of no more than five pages by March 1, 2013 at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: February 22, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE