IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN B. TURNER, | No. C 11-05176 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MELODY SMITH, ET AL., | |
| Defendants. | |

The Court, having granted Defendants' Motion to Dismiss, see dkt. 118, enters judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: April 15, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE