IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN B. TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>MELODY SMITH, ET AL.,<br><br>    Defendants. | No. CV 11-05176 CRB<br><br>**ORDER RE REQUEST** |

In a filing styled "Plaintiff's Request for Ruling Re: Application for Removal from the Sex Offender Registration and Notification Act (SORNA)," Plaintiff Stephen Turner asks that this Court rule on a filing he submitted on March 7, 2013 (dkt. 110). This Court has already ruled against Turner on <u>all</u> of the claims in this case, and accordingly entered judgment against him. <u>See</u> Judgment (dkt. 119).[1] Plaintiff's request is therefore DENIED as moot.

**IT IS SO ORDERED.**

Dated: May 21, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] To the extent Turner attempted to add a new claim in a separate filing postdating his Third Amended Complaint, he was given ample opportunity to present his numerous claims in multiple amended pleadings (<u>e.g.</u>, dkts. 79, 64, 9, 1), and he never sought nor received permission to further amend his complaint. <u>See</u> Fed. R. Civ. P. 15.