Stephen B. Turner
In Propria Persona
5194 Bolton Place
Newark, CA 94560
(510) 209-8053

**RECEIVED**

MAR - 9 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN B. TURNER,            )<br>                              )<br>    Plaintiff,                 )<br>                              )<br>v.                            )<br>                              )<br>MELODY SMITH, et al.          )<br>                              )<br>    Defendants.               )<br>_____) | Case No.: C11-05176 CRB<br><br>**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |

THE COURT AND ALL PARTIES ARE NOTIFIED that **Plaintiff, Stephen B. Turner**, makes the following substitution:

1. **Former legal representative:**

    Stephen B. Turner
    In Propria Persona
    5194 Bolton Place
    Newark, CA 94560

2. **New legal representative:**

    Law Offices of Deron A. Kartoon
    3 Sir Francis Drake Blvd
    PO Box 1403
    Ross, CA 94957
    Phone Number: (415) 786-7737
    Fax Number: (415) 453-3485
    e-mail: deron.kartoon@gmail.com

---

SUBSTITUTION OF ATTORNEY           CASE NO.: C11-5176 CRB                              Page 1

I consent to this substitution:

Dated: 3/6/15

Stephen B. Turner

By: _____
*Signature of Party*
Stephen B. Turner
[Name Typed or Printed]

Dated: 3/6/15

Deron A. Kartoon

By: _____
*Signature of Party*
Deron A. Kartoon
[Name Typed or Printed]

# ORDER

The foregoing substitution of attorney is authorized by the Court.

IT IS SO ORDERED.

Dated: March 16, 2015



# CERTIFICATE OF SERVICE

In re: Turner v. Smith, et al.                          Case No.: 11-05176 CRB

I declare that:

    I am a resident of the city of Newark in the county of Alameda, California.
I am not a party to this action. I am over the age of 18 years. My residence address is:

                                        5194 Bolton Place
                                        Newark, CA 94560

On the date of March 7, 2015, I served the attached:
SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER on the Defendant(s) and/or Respondent(s) in this case by:

__X__ MAIL – I deposited such envelope in the United States mail at Newark, California
        by placing a true copy thereof in a sealed envelope with first class postage fully
        prepaid, addressed as follows:

        Elliott Seals, Esq.
        Office of Attorney General
        455 Golden Gate Avenue, Suite 11000
        San Francisco, CA 94102

_____ PERSONAL SERVICE – I caused such envelope to be delivered by_____
        to the party (parties) shown above.

_____ FACSIMILE – I faxed said document(s) to the office(s) of the addressee(s) shown above and
        transmission was reported as complete without error.

_____ ELECTRONIC TRANSMISSION – I transmitted said document(s) to the office(s) of the
        addressee(s) by electronic mail (e-mail) to the party (parties) shown above.

_____ OVERNIGHT DELIVERY – I deposited such envelope for collection and delivery by
        _____with delivery fees fully prepaid.

_____ [For State Actions]  I declare under penalty of perjury under the laws of the State of
        California that the foregoing is true and correct.

__X__ [For Federal Actions] I declare under penalty of perjury under the laws of the United States
        of America that the foregoing is true and correct.

Executed on the 7th day of March 2015 at Newark, California.

    Name of Declarant: Susana Turner

    Signature of Declarant: _____

OAKLAND CA 945

07 MAR 2015 PM 5 L

CLERK's DEPT - 16TH FLOOR
U.S. DISTRICT COURT
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102

Susana Turner
5194 Bolton Pl
Newark, CA 94560

ATN: CLERK OF THE COURT - 16 FLOOR