UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STEPHEN B. TURNER )<br>  Plaintiff, )<br>   )<br>vs. )<br>   )<br>MELODY SMITH, ET AL., )<br>  Defendants. )<br>_____ ) | Case Number: 3:11-cv-05176-CRB<br><br>ORDER REFERRING LITIGANT TO<br>FEDERAL PRO BONO PROJECT AND<br>STAYING PROCEEDINGS PENDING<br>APPOINTMENT OF COUNSEL |

The Plaintiff Stephen Turner having requested and being in need of counsel to assist him in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that Stephen Turner shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward the Referral Order to the appropriate Project office, San Francisco or San Jose, determined by whether the referring judge is located in the San Francisco/Oakland or San Jose division. The scope of this referral shall be for:

    **X** <u>all purposes</u> for the duration of the case

    ☐ the <u>limited purpose</u> of representing the litigant in the course of

    ☐ mediation

    ☐ early neutral evaluation

    ☐ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
    _____

    ☐ discovery as follows:
    _____
    _____

    ☐ other:
    _____
    _____

EXHIBIT A TO FEDERAL PRO BONO PROJECT GUIDELINES

2. Upon being notified by the Project that an attorney has been located to represent the Plaintiff, that attorney shall be appointed as counsel for Stephen Turner in this matter for the scope of representation described above.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Stephen Turner in this action.

IT IS SO ORDERED.

Dated: July 13, 2015

Charles R. Breyer
United States District Judge