UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STEPHEN B. TURNER,  )
    Plaintiff,  ) Case Number: C-11-05176CRB
  vs.  ) ORDER APPOINTING COUNSEL
MELODY SMITH, et al.,  )
    Defendants.  )

    Because the <u>plaintiff</u> has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, <u>Paul Nathan from the Law Offices of Paul H. Nathan</u> is hereby appointed as counsel for <u>Stephen B. Turner</u> in this matter.

    The scope of this referral shall be for:

[X] all purposes for the duration of the case

[ ] the limited purpose of representing the litigant in the course of

    [ ] mediation

    [ ] early neutral evaluation

    [ ] settlement conference

    [ ] briefing [ ] and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

_____

[ ] discovery as follows:

_____
_____

[ ] other:

_____
_____

    All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

    IT IS SO ORDERED.

Dated: July 31, 2015

                                       United States District Judge