PAUL HENRY NATHAN SBN: 262697
**LAW OFFICES OF PAUL H. NATHAN**
540 Pacific Avenue
San Francisco, CA 94133
Telephone:          415-341-1144
Facsimile:          415-341-1155
Electronic mail:    paulnathan@nathanlawoffices.com

Attorneys for Plaintiff,
STEPHEN B. TURNER

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN B. TURNER, </br></br> Plaintiff, </br></br> v. </br></br> MELODY SMITH, Individually and in her Official Capacity as a Parole Officer of the California Dept. of Corrections and Rehab; GREGORY SIMS, Individually and in his Official Capacity as an Assistant Parole Officer of the California Dept. of Corrections and Rehab.; JOHN BENT, Individually and in his Official Capacity as a Parole Supervisor of the California Dept. of Corrections and Rehab; ROBERT AMBROSELLI, Individually and in her Official Capacity as Director of the Division of Adult Parole Operations in California; MATTHEW CATE, Individually and in her Official Capacity as Secretary of the California Dept. of Corrections and Rehab.; BRETT EVERIDGE, Individually and in his Official Capacity as a Parole Officer of the California Dept. of Corrections and Rehab. | Case No.: C11-05176 CRB </br></br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND DEADLINE FOR FILING OF FIFTH AMENDED COMPLAINT** |

-1-

*Turner v. Smith, et al.*          STIPULATION & ORDER          Case No.: C11-05176 CRB

|   |   |
|---|---|
| Defendants | ) |
|  | ) |

The parties hereby request that the current date for the previously scheduled status conference of January 15, 2016, be continued to March 11, 2016, due to Plaintiff seeking new counsel and Plaintiff's current counsel's motion to be relieved as counsel set to be heard by the Court on January 22, 2016. The purpose of this request is to alleviate any possible prejudice of finding new counsel to plaintiff. The new due date for the parties' joint case management statement is to be March 4, 2106.

The parties further hereby request that the current deadline for the filing of plaintiff's fifth amended complaint scheduled to be filed by January 15, 2016, be continued to March 11, 2016.


SO STIPULATED:

DATED: December 22, 2015                              /s/   *Paul Nathan*
                                                     Attorney for Plaintiff
                                                     STEPHEN B. TURNER


DATED: December 22, 2015                              /s/   *Elliot Seals*
                                                     Attorney for Defendants

///

///


# ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the status conference in this matter and the deadline for submission of Plaintiff's Fifth Amended Complaint is re-set to March 11, 2016. The January 15, 2016, status conference is vacated.

**IT SO ORDERED.**

DATED:  January 8, 2016

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT