IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN B. TURNER, | No. 11-cv-5176 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MELODY SMITH, et al., | |
| Defendants. | |

On March 7, 2017, the Court granted Defendants' motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 7, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE